## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EARIN AB,**<br><br>Plaintiff,<br><br>v.<br><br>**SKULLCANDY, INC.,**<br><br>Defendant. | Civil Action No.: 24-cv-275-RGA<br><br>**JURY TRIAL DEMANDED** |

## FIRST AMENDED COMPLAINT

Plaintiff Earin AB ("Earin") files this First Amended Complaint against Defendant Skullcandy, Inc. ("Skullcandy").

## NATURE OF THE CASE

1.  This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 101, *et seq.*, including U.S.C. § 271 for the infringement of United States Patent No. 9,402,120 ("the '120 Patent").

2.  Defendant Skullcandy has been making, using, selling, offering for sale, and/or importing a line of wireless earbud products which enter an operational mode when disconnected from a charging case, automatically form a wireless connection between the earbuds, have true stereo capabilities with monoaural fallback modes, and automatically pair with audio streaming host devices, including without limitation the Skullcandy Mod True Wireless earbud products and Rail ANC True Wireless Earbuds (collectively "the Accused Products"), which infringe the '120 Patent in violation of 35 U.S.C. § 271.

3.  Earin seeks appropriate damages and prejudgment and post-judgment interest for Skullcandy's infringement of the '120 Patent.

## PARTIES

4.      Backed by the Kickstarter community in 2014, Earin launched the original true wireless stereo ("TWS") M-1 earbuds on October 6, 2015. Earin has for the past nine years been known as a leading innovator of Bluetooth-enabled wireless earphone technologies.

5.      Earin is a Swedish corporation with a principal place of business at Dockgatan 27, 211 12 Malmö, Sweden.

6.      On information and belief, Defendant Skullcandy is a Delaware corporation with a principal place of business at 6301 N. Landmark Dr., Park City, Utah.

## JURISDICTION & VENUE

7.      This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

8.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a).

9.      This Court has personal jurisdiction over Defendant Skullcandy because Skullcandy is a Delaware corporation and therefore has continuous presence in, and systematic contact with, this District.

10.      On information and belief, Skullcandy has committed and continues to commit acts of infringement in this Judicial District, and the claims addressed in this Complaint arise out of and relate to such acts, including at least by making, using, offering for sale, and selling the Accused Products within this District.

11.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Skullcandy is incorporated in this Judicial District and Skullcandy's infringing activities have occurred and are occurring in this Judicial District.

## EARIN'S U.S. PATENT NO. 9,402,120

12.    On July 26, 2016, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,402,120, entitled "Wireless Earbuds." A true and correct copy of the '120 Patent is attached as Exhibit A. The priority date of the '120 Patent is no later than September 5, 2014.

13.    The '120 Patent is, *inter alia*, directed to a wireless earbud system where the earbud housing includes a loudspeaker element, a rechargeable battery, and a printed circuit board, such that when an earbud is disconnected from a battery charger, it exits from an idle mode, enters into an operational mode, and attempts to pair with another earbud to operate in true wireless stereo (TWS) mode. According to the wireless earbud system of the '120 Patent, if the connection to the other earbud fails, the earbud will operate in a mono audio receiver mode, and if the earbud's connection to a streaming host device fails, the earbud will initiate a pairing procedure to reconnect with a host device.

14.    Earin AB is the owner, by assignment, of all right, title, and interest in and to the '120 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

15.    The '120 Patent is valid and enforceable under the United States Patent Laws.

## COUNT I:
## INFRINGEMENT OF THE '120 PATENT

16.    Earin incorporates by reference the allegations in the preceding paragraphs.

17.    Skullcandy has made, used, offered for sale, and/or sold the Accused Products that incorporate one or more of the inventions claimed in the '120 Patent within the United States.

18.    Skullcandy has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims, including at least claim 20, of the '120 patent in

violation of 35 U.S.C. § 271, *et seq.*, by making, using, selling, and offering for sale, in this District and in the United States the Accused Products including, but not limited to, the Rail ANC True Wireless earbud products.

19.    Claim 20 of the '120 Patent provides:

[Preamble] A wireless earbud having an idle mode and an operational mode, the wireless earbud comprising:

[A] an earbud housing;

[B] a loudspeaker element;

[C] a rechargeable battery; and

[D] at least one main printed circuit board having disposed thereon circuitry for wireless radio communication, audio codec and earbud operation control;

[E] wherein the circuitry is configured for automatic power preservation by: detecting connection of said battery to a charger and in response entering the idle mode, wherein existing connections to a second wireless earbud and to a wireless audio streaming host device will be disconnected; and

[F] detecting disconnection of said battery from said charger and in response entering the operational mode by: attempting a true wireless stereo, TWS, reconnection with the second wireless earbud;

[G] if the attempt is successful, operating the wireless earbud as a TWS audio receiver and otherwise operating the wireless earbud as a mono wireless audio receiver;

[H] if operated as a TWS audio receiver, determining whether the wireless earbud is a master device or a slave device with respect to the second wireless earbud;

[I] if the wireless earbud is determined to be a master device, attempting to reconnect with the wireless audio streaming host device and other known wireless audio streaming host devices if applicable; and

[J] if reconnection with the wireless audio streaming host device fails, initiate a pairing procedure with the wireless audio streaming

host device and other known wireless audio streaming host devices
if applicable.

20.    Based on publicly available information, Skullcandy's Accused Products meet all elements of at least claim 20 of the '120 Patent.

21.    Regarding the preamble of claim 20, to the extent the preamble is determined to be limiting, the Accused Products provide the features described in the preamble, which recites a "wireless earbud having an idle mode and an operational mode." The Accused Products, including at least the Skullcandy Rail ANC True Wireless earbuds, turn off (i.e., enter "idle mode") when placed in the charging case for charging, and will turn on (i.e. enter "operational mode") when removed from the case and inserted into the ears.[1]

---

[1] *See* https://support.skullcandy.com/hc/en-us/articles/14126116233239-Rail-ANC (last visited May 8, 2024).



22.     Limitations A through D respectively require the wireless earbud to have [A] an earbud housing; [B] a loudspeaker element; [C] a rechargeable battery; and [D] at least one main printed circuit board having disposed thereon circuitry for wireless radio communication, audio codec and earbud operation control.  The Accused Products, including at least the Skullcandy Rail ANC True Wireless earbuds, include an earbud housing, a loudspeaker, a rechargeable battery, and a printed circuit board which supports Bluetooth (i.e. "wireless radio communication"), multiple audio codecs, and earbud operations, such as play/pause and volume control.

23.     The Rail ANC True Wireless earbuds have a housing and a loudspeaker element as seen in the image below[2]:



24.     The Accused Products, including the Rail ANC True Wireless earbuds, also have a rechargeable battery which holds enough charge for 38 hours of playtime and includes the "Rapid Charge" feature.[3] Similarly, the wireless charging case is advertised as holding "an additional 28 hours of play time with ANC off and 20 with ANC on."[4]

25.     On information and belief the Rail ANC True Wireless earbuds also have at least one main printed circuit board having circuitry for wireless radio communication, audio codec and earbud operation control. More specifically, on information and belief, the Rail ANC True Wireless

---

[2] *See* https://www.skullcandy.com/products/rail-anc-true-wireless-earbuds?variant=42010459308089&maas=maas_adg_api_8445262540301_macro_1_maas&ref_=aa_maas&aa_campaignid=20580194286&aa_adgroupid=&aa_creativeid=ad-__dev-c_ext-&gad_source=1&gclid=CjwKCAjwi_exBhA8EiwA_kU1MitLlFlgaQvnJ2mN2mKWJjq6r22JV1qaGNnCBKVW6k5qcBFCTCkf3xoCL7wQAvD_BwE (last visited May 8, 2024).
[3] *See* https://www.skullcandy.com/products/rail-anc-true-wireless-earbuds (last visited May 8, 2024).
[4] *See* https://support.skullcandy.com/hc/en-us/articles/14126116233239-Rail-ANC (last visited May 8, 2024).

earbuds "employ[] Bluetooth 5.2 for the Rail ANC with AAC and SBC codecs"[5] and provide on-ear controls with customizable buttons.[6]

26.    Limitation [E] requires "wherein the circuitry is configured for automatic power preservation by: detecting connection of said battery to a charger and in response entering the idle mode, wherein existing connections to a second wireless earbud and to a wireless audio streaming host device will be disconnected."

27.    As noted above with respect to the preamble, the Accused Products, including the Skullcandy Rail ANC True Wireless earbuds automatically turn off (i.e. enter "idle mode") and disconnect any Bluetooth connections when a connection to the charging case is detected. Skullcandy's support documentation clarifies: "Your earbuds bill automatically turn ON when you remove them from the case, and they'll automatically turn OFF when you put them back in the case."[7] On information and belief, when the earbuds are powered off, any existing connections to a second wireless earbud and/or to a wireless audio streaming host device will be disconnected.

28.    Limitations [F] and [G] respectively require: "detecting disconnection of said battery from said charger and in response entering the operational mode by: attempting a true wireless stereo, TWS, reconnection with the second wireless earbud"; and "if the attempt is successful, operating the wireless earbud as a TWS audio receiver and otherwise operating the wireless earbud as a mono wireless audio receiver."

29.    The Accused Products, including the Skullcandy Rail ANC True Wireless earbuds, meet these limitations by automatically attempting a Bluetooth connection when removal from the

---

[5] https://www.soundguys.com/skullcandy-rail-anc-review-102191/ (last visited May 10, 2024).
[6] *See* https://www.skullcandy.com/products/rail-anc-true-wireless-earbuds (last visited May 8, 2024).
[7] *See* https://support.skullcandy.com/hc/en-us/articles/14126116233239-Rail-ANC (last visited May 8, 2024).

charging case is detected. Following which, the Skullcandy Rail ANC True Wireless earbud syncs with the second earbud (forming a "TWS reconnection"). According to Skullcandy support documentation for the Accused Products, when you "[r]emove [the earbuds] from the case … you will hear the Power On "ping" Tone, battery life voice prompt, and the "connected" and "voice control ON" voice prompts if you had previously paired and linked with the Skull-iQ App."[8] "[E]ach time you power on your earbuds they will automatically sync to the 2 most recently paired devices."[9]

30.     On information and belief, if only one earbud is used, or if the sync to the second earbud fails, then the earbud will operate as a mono wireless audio receiver. According to Skullcandy support documentation: "Sometimes you want to be able to hear your music, but still hear what's going on around you. When you want to do that, you can use just one earbud. We call this Solo Mode. Both the left and right earbuds can be used in Solo Mode. To use Solo Mode when you've previously paired to your earbuds, simply remove either earbud from the charge case and it will function with both phone calls and music."[10]

31.     Limitations [H] and [I] respectively require: "if operated as a TWS audio receiver, determining whether the wireless earbud is a master device or a slave device with respect to the second wireless earbud"; and "if the wireless earbud is determined to be a master device, attempting to reconnect with the wireless audio streaming host device and other known wireless audio streaming host devices if applicable."

---

[8] *See* https://support.skullcandy.com/hc/en-us/articles/14126116233239-Rail-ANC (last visited May 8, 2024).
[9] *See* https://support.skullcandy.com/hc/en-us/articles/14126116233239-Rail-ANC (last visited May 8, 2024).
[10] *See* https://support.skullcandy.com/hc/en-us/articles/14126116233239-Rail-ANC (last visited May 8, 2024).

32.    On information and belief, with the Accused Products, including the Skullcandy Rail ANC True Wireless earbuds, the earbud issuing the sync request to the other earbud and connecting to the wireless audio streaming device will be designated as the primary receiver (*i.e.*, the "master device") and such other earbud will be the secondary receiver (*i.e.*, the "slave device"). As noted in support documentation for the Rail ANC True Wireless earbuds, after operating an earbud in Solo Mode "[t]o use both earbuds again, simply remove the other bud from the case at any time, you will hear the power on 'ping' tone, and your audio begins to seamlessly stream back into Stereo Mode" and "each time you power on your earbuds they will automatically sync to the 2 most recently paired devices[.]" [11]

33.    Limitation [J] requires "if reconnection with the wireless audio streaming host device fails, initiate a pairing procedure with the wireless audio streaming host device and other known wireless audio streaming host devices if applicable."

34.    On information and belief, in the operation of Accused Products, including the Skullcandy Rail ANC True Wireless earbuds, after the earbuds are powered off (*i.e.*, causing reconnection with the audio streaming host device to fail), upon being turned back on they will initiate a pairing procedure before pairing.

35.    When using an Android device, the Skullcandy Rail ANC True Wireless earbuds will initiate a paring procedure to connect with the Android device by sending a signal to the device indicating that the earbuds are available to pair with the device.

---

[11] *See* https://support.skullcandy.com/hc/en-us/articles/14126116233239-Rail-ANC (last visited May 8, 2024).

36. The following series of screengrabs demonstrate the Skullcandy Rail ANC True Wireless earbuds' initiation of a pairing procedure when reconnection with the wireless audio streaming host device fails.

37. First, the Skullcandy Rail ANC True Wireless earbuds are paired with an Android device (the "wireless audio streaming host device"). This screengrab shows the Skullcandy Rail ANC True Wireless earbuds being available to pair with an Android device:



38. Following the initial pairing between the Android device and the Skullcandy Rail ANC the Android will show a pair screen.



39.    Once the pairing is complete the Android device will show that it is paired with the

Skullcandy Rail ANC True Wireless earbuds.



40.     When the Skullcandy Rail ANC True Wireless earbuds are put back into the charging case and then removed again the Android device will show that the earbuds are available devices for pairing.



41.     The Android device will then automatically connect to the Skullcandy Rail ANC True Wireless earbuds.



42.     When the Android device is connected to the Skullcandy Rail ANC True Wireless earbuds the Rail ANC earbuds are undetectable by an iPhone.



43.     If, however, the Android device's Bluetooth is switched off when the Skullcandy Rail ANC True Wireless earbuds are taken out of their case, thereby causing reconnection with the wireless audio streaming host to fail, the Rail ANC earbuds initiate a pairing procedure with other known host devices, including, for example, the iPhone to which the Rail ANC earbuds were previously undetectable.



44.     Accordingly, Skullcandy has directly infringed and continues to directly infringe one or more claims of the '120 Patent, including at least representative claim 20, in violation of 35 U.S.C. §§ 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and/or computer programs within the United States and importing the infringing products, systems, methods, and/or computer programs into the United States.

45.     Skullcandy's infringing activities have and continue to be without authority or license under the '120 Patent.

46.     Earin has and continues to suffer damages as a direct and proximate result of Skullcandy's direct infringement of the '120 Patent.

47.     Earin is entitled to recover: (i) damages adequate to compensate Earin for Sennheiser's direct infringement of the '120 Patent, which at a minimum, amounts to a reasonable royalty; (ii) attorney's fees; and (iii) costs.

## JURY DEMAND

48.     Pursuant to Federal Rule of Civil Procedure 38(b), Earin demands a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Earin respectfully requests judgment against Skullcandy as follows:

A.     that this Court adjudge that Skullcandy infringes the '120 Patent;

B.     that this Court ascertain and award Earin damages under 35 U.S.C. § 284 sufficient to compensate for Skullcandy's infringement, including but not limited to infringement occurring before the filing of this lawsuit;

C.     that this Court ascertain and award Earin any post-judgment ongoing royalties under 35 U.S.C. § 284 as may be appropriate;

D.     that this Court award Earin any applicable prejudgment and post-judgment interest; and

E.     that this Court award Earin such other relief at law or in equity as the Court deems just and proper.

## **JURY DEMAND**

49.     Pursuant to Federal Rule of Civil Procedure 38(b), Earin demands a trial by jury of all issues so triable.

Dated: May 13, 2024                              Respectfully submitted,

                                                FARNAN LLP

                                                */s/ Michael J. Farnan*
                                                Brian E. Farnan (Bar No. 4089)
                                                Michael J. Farnan (Bar No. 5165)
                                                919 N. Market St., 12th Floor
                                                Wilmington, DE 19801
                                                (302) 777-0300
                                                bfarnan@farnanlaw.com
                                                mfarnan@farnanlaw.com

                                                Cristofer I. Leffler (admitted *pro hac vice*)
                                                **FOLIO LAW GROUP PLLC**
                                                1200 Westlake Ave. N., Suite 809
                                                Seattle, WA 98109
                                                Tel: (206) 880-1802
                                                Email: cris.leffler@foliolaw.com

                                                *Attorneys for Plaintiff*